**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

    vs.

MATTHEW K. BROWN,

      Defendant.

Case No.: 3:24-cr-00002-MMD-CLB-1

**ORDER**

Leave of Court is granted for the filing of the Government's motion to dismiss pursuant to Fed. R. Crim. P. 48(a); and

IT IS THEREFORE ORDERED that the indictment against MATTHEW K. BROWN is hereby DISMISSED.

Dated this 17th day of February 2026.

_____
HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT COURT
JUDGE